United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD D. HOGYA,** | **Case No.: C12-554 JW** |
| Plaintiff, | **ORDER** |
| vs. | |
| **CITY OF PETALUMA, ET AL.,** | |
| Defendants. | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: July 6, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**