**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD D. HOGYA,** | **Case No.: C12-554 JW** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **CITY OF PETALUMA, ET AL.,** | |
| **Defendants.** | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: July 6, 2012                                  _____
                                                                  **KANDIS A. WESTMORE**
                                                                  **UNITED STATES MAGISTRATE JUDGE**