**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD D. HOGYA,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CITY OF PETALUMA, et al.,**<br><br>    **Defendant.** | **Case No.: C-4:12-0554 RS (KAW)**<br><br>**ORDER** |

On May 10, 2012, the Court received a letter from the California Department of Justice, Bureau of Firearms, stating that the DOJ had received a subpoena from Defendants' attorney to produce copies of firearm records in relation to this case. The DOJ attached the firearm records to its letter, and asked the Court to determine whether the documents should be produced to Defendants' attorney. The undersigned set the matter for hearing on September 13, 2012, and ordered the parties to file a joint letter regarding the issue.

///

///

///

The parties filed their joint letter on August 28, 2012. Plaintiff does not oppose the production of the firearm records. Accordingly, the records shall be produced, and the September 13 hearing shall be taken off of calendar.

The Clerk of the Court shall forward the documents provided to the Court by the DOJ to Defendants' counsel.

It is so ORDERED.

**DATE: September 7, 2012**

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**