Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Anita L. Rimes (SBN: 215534)
arimes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
City of Petaluma and Officer Jason D. Jucutan

John H. Scott (SBN 72578)
Lizabeth N. De Vries (SBN 227215)
W. Gordon Kaupp (SBN 226141)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HOGYA,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF PETALUMA, JASON D. JUCUTAN, DOES 1-20, Inclusive,<br><br>           Defendants. | CASE NO. C12-0554 RS<br>AMENDED<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |

It is hereby stipulated and agreed upon by and between Plaintiff EDWARD HOGYA, as authorized by his respective counsel, and Defendants CITY OF PETALUMA, JASON D. JUCUTAN, as authorized by their respective counsel, that the currently scheduled Settlement Conference on October 10, 2012 before the Honorable Laurel Beeler will be continued to October 30, 2012, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: September 12, 2012         Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:      /s/ Kimberly E. Colwell
         Kimberly E. Colwell
         Attorneys for Defendants
         City of Petaluma and Officer Jason D. Jucutan


DATED: September 12, 2012         SCOTT LAW FIRM


By:      /s/ John Houston Scott
         John Houston Scott
         Attorneys for Plaintiff


1963576.1

1
STIPULATION AND P<s>ROPOSED</s> ORDER CONTINUING SETTLEMENT CONFERENCE [C12-0554 RS]

AMENDED **ORDER**

Pursuant to the Stipulation, the Settlement Conference will now take place on October 30, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

```
The settlement conference is reset to October 30, 2012 at 9:30 a.m.  The Notice
and Order Setting Settlement Conference on 8/30/2012, ECF No. 29 remains in
affect.
```

Dated: September 13, 2012

_____
Laurel Beeler
United States District Court Magistrate Judge
Northern District of California