1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Anita L. Rimes (SBN: 215534)
   arimes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, California 94607
   Telephone: (510) 808-2000/Facsimile: (510) 444-1108
5
   Attorneys for Defendants
6  CITY OF PETALUMA and OFFICER JASON
   D. JUCUTAN
7
   John H. Scott (SBN 72578)
8  john@scottlawfirm.net
   Lizabeth N. De Vries (SBN 227215)
9  liza@scottlawfirm.net
   W. Gordon Kaupp (SBN 226141)
10 gordon@scottlawfirm.net
   SCOTT LAW FIRM
11 1388 Sutter Street, Suite 715
   San Francisco, CA 94109
12 Tel:  (415) 561-9601/Fax: (415) 561-9609
13
   Attorneys for Plaintiff
14 EDWARD HOGYA

15                       **UNITED STATES DISTRICT COURT**
16                       **NORTHERN DISTRICT OF CALIFORNIA**
17

| EDWARD HOGYA, | CASE NO. C12-0554 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL SCHEDULE AND TRIAL DATE** |
| v. | |
| CITY OF PETALUMA, JASON D. JUCUTAN, DOES 1-20, Inclusive, | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL SCHEDULE AND TRIAL DATE [C12-0554 RS]

**STIPULATION**

It is hereby stipulated and agreed upon by and between Plaintiff EDWARD HOGYA, as authorized by his respective counsel, and Defendants CITY OF PETALUMA and JASON D. JUCUTAN, as authorized by their respective counsel, that there is good cause to modify the pre-trial schedule and trial date as set forth below as the parties are actively involved in early settlement negotiations. The modified trial schedule is agreed on by both parties and will cause no prejudice to either side.

1. All fact discovery shall be completed on or before February 15, 2013;
2. Expert reports shall be exchanged by March 8, 2013;
3. Expert rebuttal reports shall be exchanged by March 22, 2013;
4. All expert discovery shall be completed on or before April 12, 2013;
5. All dispositive motions shall be set for oral argument on or before May 27, 2013;
6. The Final Pre-Trial Conference shall be held on or before July 29, 2013; and,
7. The trial shall be set to begin on September 23, 2013.

**IT IS SO STIPULATED.**

Dated: October 2, 2012          Respectfully submitted,

                                MEYERS, NAVE, RIBACK, SILVER & WILSON


                                By:    /s/ Kimberly E. Colwell
                                       Kimberly E. Colwell
                                       Attorney for Defendants
                                       CITY OF PETALUMA and OFFICER JASON
                                       D. JUCUTAN

Dated: October 2, 2012          SCOTT LAW FIRM


                                By:    /s/ John Houston Scott
                                       John Houston Scott
                                       Attorney for Plaintiff
                                       EDWARD HOGYA

1976633.1

**ORDER**

Having considered the Stipulation of the parties, and GOOD CAUSE appearing, this Court hereby approves the foregoing stipulation, and modifies the pre-trial schedule and trial date in this matter as follows:

1. All fact discovery shall be completed on or before February 15, 2013;
2. Expert reports shall be exchanged by March 8, 2013;
3. Expert rebuttal reports shall be exchanged by March 22, 2013;
4. All expert discovery shall be completed on or before April 12, 2013;
5. All dispositive motions shall be set for oral argument on or before May 27, 2013;
6. The Final Pre-Trial Conference shall be held on or before July 29, 2013; and,
7. The trial shall be set to begin on September 23, 2013.

Dated: 10/2/12

Richard Seeborg
United States District Court Judge
Northern District of California