John Houston Scott (SBN 72578)
Lizabeth N. De Vries (SBN 227215)
W. Gordon Kaupp (SBN 226141)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net
gordon@scottlawfirm.net

Attorneys for the Plaintiff
Edward D. Hogya

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. HOGYA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, JASON D. JUCUTAN, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: CV 12 0554 RS<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Edward D. Hogya and defendants City of Petaluma and Jason D. Jucutan, stipulate to voluntarily dismiss this federal action with prejudice based on the Settlement Agreement signed by the parties.

**IT IS SO STIPULATED.**

DATED: December 6, 2012

**CITY OF PETALUMA AND
JASON D. JUCUTAN**

By:  /s/ Kimberly Colwell
     Kimberly Colwell
     Attorney for Defendants

- 1 -
STIPULATION FOR DISMISSAL

| | |
|---|---|
| DATED: December 6, 2012 | Respectfully submitted,<br><br>**SCOTT LAW FIRM**<br><br>By: /s/ John Houston Scott<br>    John Houston Scott<br>    Attorney for Plaintiff |

**THIS MATTER IS HEREBY DISMISSED WITH PREJUDICE.**

DATED: December 10, 2012

By: *[signature]*
The Hon. Richard Seeborg
Judge for the United States
District Court, Northern
District of California